IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                    CASE NO.: 15-bk-0187

AARON D. HOPKINS
and DOROTHY A. HOPKINS,
   Debtors.
_____/

### MOTION TO DETERMINE SECURED STATUS OF BENEFICIAL FLORIDA INC. (CLAIM 12) AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**PURSUANT** to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection **within thirty (30) days** from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 N. Hogan Street, Room 3-350, Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Robert W. Elrod, Jr., 233 East Bay Street, Suite 1032, Jacksonville, Florida 32202.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the motion, will proceed to consider the motion without further notice of hearing, and may grant the relief requested.

**COME NOW** the Debtors, AARON D. HOPKINS and DOROTHY A. HOPKINS, by and through the undersigned attorney, and moves this Honorable Court for the entry of an Order pursuant to 11 U.S.C., Section 506 avoiding a lien on the grounds that it is not a secured claim. In support thereof, the Movant would show as follows:

1. The Debtors commenced this case on January 15, 2015

2. Among the assets at the commencement of the case was the debtors' residence, commonly known as 4183 Ruby Drive East, Jacksonville, FL 32246 and more fully described as follows:

   **SOUTHSIDE ESTATES UNIT 21, LOT 18, BLOCK 6, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 23, PAGES 19 AND 19B, OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA**

   **TAX I.D. NO. 124727-0000**

3. Creditor BENEFICIAL FLORIDA INC. has a consensual lien claim in the principal amount of $23,442.00 which was recorded on or about June 21, 2004 in Duval County, Florida, where the Property is located (the "Lien").

4. The Property is subject to a lien senior to the Lien sought to be avoided (the "Senior Lien") as follows:

   BENEFICIAL FLORIDA INC.          $53,664.95

5. The value of the property at the commencement of the case was $48,745.00 as reflected in the declaration filed herewith.

6. The Senior Lien is for $53,664.95 which is more than the value of the Property.

**WHEREFORE**, the Debtor prays that the court determine that the Lien of BENEFICIAL FLORIDA INC. is unsecured and that the Lien be declared to be null and void as to the property described above.

**DATED**: July 24, 2015

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion and attached affidavit has been furnished to the following interested parties by US Mail on this 24th day of July, 2015:

Benefical Florida Inc.
2929 Walden Ave.
Depew, NY 14043

by certified mail to:

Benefical Florida Inc.
c/o Kathryn Madison, President
961 Weigel Drive
Elmhurst, IL 60126

and electronically to:

Douglas Neway, Trustee

**ELROD & ELROD**

/s/ Robert W. Elrod, Jr.
**ROBERT W. ELROD, JR.**
Florida Bar No.: 184446
233 East Bay Street
1032 Blackstone Building
Jacksonville, Florida 32202
(904) 356-1282/Fax:356-6268
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:  CASE NO.: 1s-bk-187-JAF
AARON D. HOPKINS
and DOROTHY A. HOPKINS,
    Debtors
_____/

### AFFIDAVIT OF VALUATION

    Before me personally appeared AARON D. HOPKINS and DOROTHY A. HOPKINS who, being by me first duly sworn, depose and say:

    1. The Debtor requests valuation of the collateral described below in accordance with Section 506(a) of the United States Bankruptcy Code.

    2. The name of the lienholder is Beneficial Florida, Inc.

    3. The type of property is real property, and the description of the property is Debtors' homestead located at 4183 Ruby Drive East, Jacksonville, FL.

    4. The replacement value of the homestead is $48,745.00. The amount owed on the first mortgage (Beneficial Florida, Inc) is $53,664.95 (principal plus arrears). The amount owed on the second mortgage (Beneficial Florida, Inc) is $23,442.00.

    5. Because there is no equity after accounting for the first mortgage of Beneficial Florida, Inc, the debt owed to Beneficial Florida, Inc for the 2d Mortgage is unsecured and as such should be discharged upon the successful completion of this case.
    FURTHER AFFIANTS SAYETH NOT

**AARON D. HOPKINS, Affiant**

Sworn to and subscribed before me by AARON D. HOPKINS, this 10th day of June, 2015, and who did produce his driver's license as proof of his identity.

**Notary Public, State of Florida**
My Commission Expires:

DOROTHA LESTER NEWTON
MY COMMISSION #FF002911
EXPIRES March 30, 2017
(407) 398-0153  FloridaNotaryService.com

**DOROTHY A. HOPKINS, Affiant**

Sworn to and subscribed before me by DOROTHY A. HOPKINS, this 10th day of June, 2015, and who did produce her driver's license as proof of her identity.

**Notary Public, State of Florida**
My Commission Expires:



DOROTHA LESTER NEWTON
MY COMMISSION #FF002911
EXPIRES March 30, 2017
(407) 398-0153  FloridaNotaryService.com