UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

AARON DEWITT HOPKINS
DOROTHY ANN HOPKINS,

       Debtors.
_____/

Case No. 3:15-bk-00187-JAF
Chapter 13

## OBJECTION BY ALLY FINANCIAL F/K/A GMAC INC. TO DEBTOR'S MOTION TO VALUE SECURED CLAIM

Ally Financial f/k/a GMAC Inc., by and through its undersigned attorney, hereby files its Objection to Debtors' Motion to Value Secured Claim Three (3) (Doc. No. 31), and would show:

1. The claim of Ally Financial f/k/a GMAC Inc. is secured by a 2004 Pontiac Montana-V6, VIN 1GMDX13E94D165114, which is valued at $4,825.00 retail, according to the NADA guide in effect on January 15, 2015, the date of filing. The value of the secured claim is $4,825.00 for the purposes of this proceeding.

2. It is the contention of Ally Financial f/k/a GMAC Inc. that the value of the secured claim as proposed by the Debtors is less than the replacement value of the collateral.

Dated: September 11, 2015.

Andrew W. Houchins
Florida Bar No. 59017
Rush, Marshall, Jones and Kelly, P.A.
P.O. Box 3146
Orlando, Florida 32802
Telephone (407) 425-5500
Facsimile (407) 423-0554
ahouchins@rushmarshall.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served on this ___11th___ day of September, 2015, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: Aaron Dewitt Hopkins, 4183 Ruby Drive East, Jacksonville FL 32246, Dorothy Ann Hopkins, 4183 Ruby Drive East, Jacksonville FL 32246, Debtors, Robert L. Elrod, Jr., 233 East Bay Street, Ste. 1032, Jacksonville, FL 32202, Attorney for Debtors, Douglas W. Neway, PO Box 4308, Jacksonville, FL 32201-4308, Office of the U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn: Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

By: _____
Andrew W. Houchins, for the firm
Florida Bar No. 59017
Telephone 407-425-5500
Facsimile 407-423-0554
email: ahouchins@rushmarshall.com

1621.68464
Y8761 0514